UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
MIAMI DIVISION

IN RE: Yamiselys Gomez Benetiz                CASE NO. 24-15256-LMI
                                              CHAPTER 13

_____Debtor_____/

**OBJECTION TO CLAIM NO. 6 NATIONSTAR MORTGAGE, LLC
ON SHORTENED NOTICE**

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

| POC 6 | **Nationwide Mortgage, LLC** | $421,069.45 | Mortgage on homestead property. Co- Owner with Third Party, Current Paying direct outside plan. Debt should be allowed but no disbursement made |
|---|---|---|---|

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

/s/ Teresa M. Alvarez, Esq.
FBN 973677
TERESA MARIA. ALVAREZ, P.A.
Attorney for the Debtor
2525 Ponce de Leon Boulevard
Suite 300
Coral Gables, Florida 33134
TEL 305-667-3040
ecf@teresaalvarezpa.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was as served to Nancy Neidich, Trustee via NEF;  Justin D. Plean, Esq., Quintairos, Preito, Wood & Boyer, PA via email [justin.plean@qpwblaw.com](mailto:justin.plean@qpwblaw.com) on this 17th    day of Sept. , 2024.

/s/ Teresa M. Alvarez, Esq.