UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Case No.: 24-15256-LMI
Chapter 13

Yamiselys Gomez Benetiz,

       Debtor(s).
_____/

**NATIONSTAR MORTGAGE, LLC'S**
**AMENDED RESPONSE TO DEBTOR'S OBJECTION TO CLAIM 6-1**

COMES NOW, secured creditor, NATIONSTAR MORTGAGE, LLC ("Secured Creditor"), by and through its undersigned counsel, responds to Debtor Yamiselys Gomez Benetiz ("Debtor") Objection to Claim 6-1 (ECF No. 28), and in support, states as follows:

1. Secured Creditor is the holder of the Note and Mortgage for Debtor's real property located at 14245 SW 39th Street, Miami, Florida 33175 (the "Property").

2. On May 29, 2024, Debtor filed a Chapter 13 Bankruptcy Petition and Chapter 13 Plan ("Plan"). (ECF Nos. 1 and 2, respectively).

3. Debtor's Plan treats Secured Creditor directly outside of the Plan and provides Secured Creditor with relief from the automatic stay upon Plan confirmation.

4. On July 29, 2024, Secured Creditor filed its Proof of Claim 6-1 which included a total secured debt of $421,069.45 and pre-petition arrearage of $4,016.03. The pre-petition arrearage is based on a projected escrow shortage of $3,991.03 and pre-petition fees of $25.00.

5. On September 17, 2024, Debtor filed an objection to claim 6-1 because "[p]aying direct outside of plan. Debt should be allowed but no disbursement made."

6.      Secured Creditor does not oppose Claim 6-1 be allowed with no distribution from the Trustee.

WHEREFORE, Secured Creditor respectfully requests Debtor's Objection to Secured Creditor's Claim 6-1 be Granted, and any other relief the Court deems just and proper.

Respectfully submitted,

Dated: September 24, 2024      /s/ Justin Plean
Justin D. Plean, Esq.
Florida Bar No. 113887
Attorney for Secured Creditor
Quintairos, Prieto, Wood & Boyer, PA
1475 Centrepark Blvd., Suite 130
West Palm Beach, FL 33401
Telephone: (561) 686-1880
Fax: (561) 686-1886
Email: justin.plean@qpwblaw.com

**CERTIFICATE OF SERVICE**

        I certify that I have caused to be served a copy of the foregoing Amended Response to Debtors' Objection of Claim 6-1, by first class mail, postage prepaid or by CM/ECF electronic filing upon the parties listed below on this day.

Dated: September 24, 2024                      /s/ Justin Plean
                                                                  Justin Plean, Esq.
                                                                  Florida Bar No. 113887

Copies Furnished To:

By CM/ECF Receipt:

Teresa M Alvarez, Esq
2525 Ponce de Leon Boulevard
Suite 300
Miami, FL 33134
Email: ecf@teresaalvarezpa.com

Nancy K. Neidich
POB 279806
Miramar, FL 33027
Email: e2c8f01@ch13miami.com

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130
Email: USTPRegion21.MM.ECF@usdoj.gov

By Mail:

Yamiselys Gomez Benetiz
14245 SW 39th Street
Miami, FL 33175